

**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

In re )  Case No. RS01-21040MJ
) ORDER TO PAY UNCLAIMED FUNDS
Dick Lee Vogan )
)
)
)
Debtor(s) )
)

It appears that a check made payable to Dick Lee Vogan in the amount of $25,622.86, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on December 7, 2005 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that Dick Lee Vogan c/o Dilks & Knopik, LLC now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $25,622.86 to Dick Lee Vogan c/o Dilks & Knopik, LLC, P.O. Box 2728, Issaquah, WA 98027-0125.

_____     8-18-09
United States Bankruptcy Judge           Date

JUDGE - REV. 04/00